State v. Christopher

motion to quash, and the State appealed to the Superior Court where an order was entered reversing the allowance of the motion to quash and remanding the case to the District Court for trial. Defendant gave notice of appeal.

Attorney General Robert Morgan by Millard R. Rich, Jr., Assistant Attorney General; Mullen, Holland & Harrell, P.A. by Graham C. Mullen, attorneys for the State.

Sanders & LaFar by W. Marshall LaFar for defendant appellant.

---

STATE OF NORTH CAROLINA v. MINT LYDAY CHRISTOPHER, SR.

No. 7326SC597

(Filed 14 November 1973)

APPEAL by defendant from Grist, Judge, 5 March 1973 Session of Superior Court held in MECKLENBURG County.

Defendant was charged in a bill of indictment, proper in form, with armed robbery.

The State's evidence tended to show that on 24 December 1972 two men entered the Sharon-Amity Little General Store in Charlotte, North Carolina, and at gunpoint, forced State's witness Lula Mae Thomas (Thomas), an employee of the Little General Store, to fill an empty paper sack with money from the cash register, totaling $76.00.

State's witness James F. Perrone (Perrone), employed by the Charlotte City Police Department, in off-duty status on the date and time in question, observed two men in the vicinity of the intersection of Central Avenue and Sharon-Amity Road, running across a gas station parking lot toward a parked car. Perrone followed the vehicle from the area until he could obtain an adequate description of the car and its license plate number. Perrone then returned to the Little General Store, called the police, and gave a description of the two men, the vehicle in which they were riding, the tag number of the vehicle, and informed the police that the two men had just held up the Sharon-Amity Little General Store.

Officer Wayne Haigler of the Charlotte City Police Department testified that he stopped the vehicle in question containing three men shortly after receiving a radio description of the car. When Officer Haigler observed a .22 caliber pistol lying on the front seat of the car after walking up to the vehicle, he held the occupants of the vehicle at gunpoint while he notified the police dispatcher of the apprehension at the intersection of Central Avenue and Morningside, approximately 2½ miles from the Little General Store.

Following the arrival of the Detectives Rowe and Fesperman of the Charlotte City Police Department, Detective Fesperman found a brown paper bag with $76.00 in it underneath the right front seat. The occupants of the vehicle were returned to the Little General Store where Thomas identified Harold Broome (Broome) and Michael Lee Sherrill (Sherrill) as the two men who had robbed the store. The witness testified at the same time that she had seen the defendant in the store twice earlier that day.

Both Broome and Sherrill testified for the State that they had been riding with the defendant on 24 December 1972; that the defendant had suggested the robbery of the store; that de-

State v. Christopher

fendant had loaded the .22 caliber pistol while Broome and Sherrill were in the car; that defendant waited outside in the car for Broome and Sherrill, with a door open and the motor running; that defendant drove away when the two returned to the vehicle with the money.

At the close of the State's evidence the defendant moved to dismiss as of nonsuit; the motion was denied.

Defendant testified in his own behalf that he had not been in the Little General Store prior to being taken there by police; that he did not load a gun for Sherrill; that he did not know either Broome or Sherrill had guns; that he parked in a gas station while Broome and Sherrill left the car "to visit a friend"; that he panicked and drove away when Broome and Sherrill informed him upon their return that they had just "knocked the place off." Defendant also testified that he was beaten by officers while in their custody.

The jury returned a verdict of guilty of armed robbery. Defendant was sentenced to a term of not less than eighteen nor more than twenty-five years in the State's Prison.

*Attorney General Morgan, by Assistant Attorney General Eagles, for the State.*

*J. Robert Rankin for defendant-appellant.*

BROCK, Chief Judge.

Counsel has been unable to point out error in the trial, but requests this Court to review the record for possible error. We have carefully reviewed the entire record. In our opinion, defendant had a fair trial, free from prejudicial error.

No error.

Judges BRITT and HEDRICK concur.